# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE MIDDLE DISTRICT OF TENNESSEE

**IN RE:**

| | |
|---|---|
| **RAY THOMAS HUNT,** | **CASE NO: 3:21-bk-03399** |
| **CATHERINE LYNN HUNT,** | **CHAPTER 13** |
| **Debtors.** | **JUDGE NANCY KING** |

---

## DEBTORS' MOTION TO DISMISS CHAPTER 13 CASE

---

Come the Debtors, Ray Thomas Hunt and Catherine Lynn Hunt, by and through counsel, and pursuant to 11 U.S.C. §1307(b) and LBR 1017-2(d) and do hereby notify the Court, the Chapter 13 Trustee, the United States Trustee, and all creditors on the attached matrix that they wish to voluntarily dismiss the Chapter 13 case.

WHEREFORE, the Debtors request this Honorable Court to enter an Order of Voluntary Dismissal.

Dated: June 18, 2026

Respectfully submitted,

*/s/ Jennifer L. Johnson*
Jennifer L. Johnson, TN Bar # 030779
Michelle L. Spezia, TN Bar #026610
Johnson & Spezia, PLLC
302 42nd Avenue North
Nashville, TN 37209
T: 615-386-0075
F: 615-864-8419
Email: ecfmail@tennessee-bankruptcy.com

*Attorney for Debtor*

# CERTIFICATE OF SERVICE

I hereby certify that a true and exact copy of the foregoing has been sent via United States Postal Service, postage prepaid (or, if stated below, via the U.S. Bankruptcy Court's Electronic Filing CM/ECF System), to all creditors on the attached mailing matrix and to the following:

Notice will be electronically mailed via CM/ECF to:
- HENRY EDWARD HILDEBRAND, III: hhecf@ch13nsh.com
- US TRUSTEE: ustpregion08.na.ecf@usdoj.gov
- PRA Receivables: claims@recoverycorp.com
- Holly N. Knight on behalf of Creditor AmeriCredit Financial Services, Inc. d/b/a GM Financial: hknight@knightlawpllc.com

TOTAL MAILINGS __86_____
 (86 mailings @ $1.00 per each mailing = $86.00)

ENCLOSURE:
 1. Debtors' Motion for an Order of Voluntary Dismissal


Dated on June 18, 2026

       */s/Jennifer L. Johnson*_____
       Jennifer L. Johnson

Label Matrix for local noticing
0650-3
Case 3:21-bk-03399
MIDDLE DISTRICT OF TENNESSEE
Nashville
Mon Nov 20 16:29:34 CST 2023

Ally Bank, c/o AIS Portfolio Services, LP
4515 N Santa Fe Ave. Dept. APS
Oklahoma City, OK 73118-7901

AmeriCredit Financial Services, Inc. dba GM
Knight Law Firm
8161 Hwy 100 PMB 286
Nashville, TN 37221-4213

Americredit Financial Services, Inc. Dba GM
P.O Box 183853
Arlington, TX 76096-3853

(p)ATLAS ACQUISITIONS LCC
492C CEDAR LANE SUITE 442
TEANECK NJ 07666-1713

PRA Receivables Management, LLC
PO Box 41021
Norfolk, VA 23541-1021

US TRUSTEE
OFFICE OF THE UNITED STATES TRUSTEE
701 BROADWAY STE 318
NASHVILLE, TN 37203-3966

701 Broadway Room 170
Nashville, TN 37203-3979

Acima Credit
9815 South Monroe Street
4th Floor
Sandy UT 84070-4384

Advance America, HQ
Cash Advance Centers of TN Inc
135 N. Church Street
Spartanburg SC 29306-5138

Advance Financial HQ
100 Oceanside Drive
Nashville TN 37204-2351

Aetna Insurance
151 Farmington Ave
Hartford CT 06156-0001

Aidvantage on behalf of
Department of Education Loan Services
PO BOX 9635
Wilkes-Barre, PA 18773-9635

Ally Bank
AIS Portfolio Services, LP
4515 N Santa Fe Ave. Dept. APS
Oklahoma City, OK 73118-7901

AmeriCredit/GM Financial
Attn: Bankruptcy
Po Box 183853
Arlington TX 76096-3853

(p)AMERICREDIT FINANCIAL SERVICS DBA GM FINAN
PO BOX 183853
ARLINGTON TX 76096-3853

(p)APPLIED BANK
PO BOX 15809
WILMINGTON DE 19850-5809

Ashley Funding Services, LLC
Resurgent Capital Services
PO Box 10587
Greenville SC 29603-0587

Associated Pathologists LLC
c/o Pathgroup
PO Box 740858
Cincinnati OH 45274-0858

(p)LAW OFFICES OF BARRY J GAMMONS
P O BOX 330610
NASHVILLE TN 37203-7509

Cannon County General Sessions
1 Courthouse Public Square Basement
Woodbury TN 37190

Capital One
Attn: Bankruptcy
Po Box 30285
Salt Lake City UT 84130-0285

Capital One Bank (USA), N.A.
by American InfoSource as agent
PO Box 71083
Charlotte, NC 28272-1083

Catherine Harrington-Barden
4076 Pratt Lake Road
Gladwin, MI 48624-9619

Catherine Harrington-Barder
4076 Pratt Lake Road
Gladwin, MI 48624-9619

Cathy Harrington
4076 Pratt Lake Rd
Gladwin MI 48624-9619

Child Support Receipting Unit
State Disbursement Unit
P.O. Box 305200
Nashville TN 37229-5200

(p)CONTINENTAL FINANCE COMPANY
PO BOX 3220
BUFFALO NY 14240-3220

Credit One Bank
Attn: Bankruptcy Department
Po Box 98873
Las Vegas NV 89193-8873

David Brent Wimberly
1025 Sunny Slope Rd
Woodbury TN 37190-5956

FOX COLLECTION CENTER
C/O COMPREHENSIVE PAIN & NEUROLOG
PO BOX 528
GOODLETTSVILLE, TN 37070-0528

FOX COLLECTION CENTER
C/O MID TN EMERGENCY PHYSICIAN
PO BOX 528
GOODLETTSVILLE, TN 37070-0528

FOX COLLECTION CENTER
C/O MURFREESBORO MEDICAL CLINIC
PO BOX 528
GOODLETTSVILLE, TN 37070-0528

FOX COLLECTION CENTER
C/O MURFREESBORO RADIOLOGY INC
PO BOX 528
GOODLETTSVILLE, TN 37070-0528

Fedloan
Attn: Bankruptcy
Po Box 60610
Harrisburg PA 17106-0610

First Premier Bank
Attn: Bankruptcy
Po Box 5524
Sioux Falls SD 57117-5524

Fox Collection Center
Attn: Bankruptcy
Po Box 528
Goodlettsvile TN 37070-0528

Freedom Cash Lenders
PO Box 637
Lakeport CA 95453-0637

(p)FROST ARNETT
BANKRUPTCY DEPARTMENT
PO BOX 198988
NASHVILLE TN 37219-8988

Harpeth Financial Services, LLC
c/o Barry J Gammons
P.O. Box 330610
Nashville, TN 37203-7509

I C System
Attn: Bankruptcy
444 Highway 96 East
Saint Paul MN 55127-2557

IAFCO, LLC
c/o Meridian Buyers Group, LLC
95 White Bridge Rd, Ste 500
Nashville, TN 37205-1490

IAFCO, LLC c/o Meridian Buyers Group
c/o Susan Faulkner
736 Currey Rd.
Nashville TN 37217-2370

IRS
PO Box 7346
Philadelphia PA 19101-7346

Integrity Pain Consultants
103 Hazel Path Ct #7
Hendersonville TN 37075

LVNV Funding, LLC
Resurgent Capital Services
PO Box 10587
Greenville SC 29603-0587

(p)LABORATORY CORPORATION OF AMERICA
ATTN GOVERNMENT AUDITS
PO BOX 2270
BURLINGTON NC 27216-2270

Louis Riley and Mistye Taylor MDS
300 Stonecrest Blvd Ste 490
Smyrna TN 37167-6817

Luminess Direct LLC
12802 Capricord Dr.
Stafford TX 77477-3913

Mastercard Fit
PO Box 6812
Carol Stream IL 60197-6812

Mercury/FBT
Attn: Bankruptcy
Po Box 84064
Columbus GA 31908-4064

Middle Tennessee Emergency Phys
PO Box 97
San Dimas CA 91773-0097

Midland Credit Management, Inc.
PO Box 2037
Warren, MI 48090-2037

Midland Funding, LLC
Midland Credit Management, Inc. as agent
Midland Funding, LLC
PO Box 2001
Warren MI 48090-2001

(p)MISSION LANE LLC
PO BOX 105286
ATLANTA GA 30348-5286

Monroe & Main
Attn: Bankruptcy
1112 7th Avenue
Monroe WI 53566-1364

Nationwide Insurance
One Nationwide Plaza
Columbus OH 43215-2220

PathGroup
PO Box 740858
Cincinnati OH 45274-0858

Paula Bryson
915D S McCrary St.
Woodbury TN 37190-1618

Pediatrix Medical Group
PO Box 88087
Chicago IL 60680-1087

Pinnacle Bank
150 3rd Ave S, Ste 900
Nashville, TN 37201-2034

Pinnacle Bank
214 W College St
Murfreesboro TN 37130-3532

(p)PORTFOLIO RECOVERY ASSOCIATES LLC
PO BOX 41067
NORFOLK VA 23541-1067

Premier Bankcard, LLC
Jefferson Capital Systems LLC Assignee
Po Box 7999
Saint Cloud MN 56302-7999

Quantum3 Group LLC as agent for
CKS Prime Investments LLC
PO Box 788
Kirkland, WA  98083-0788

Quantum3 Group LLC as agent for
Sadino Funding LLC
PO Box 788
Kirkland, WA  98083-0788

Quantum3 Group LLC as agent for
Wollemi Acquisitions LLC
PO Box 788
Kirkland WA 98083-0788

Radiology Alliance
PO Box 88087
Chicago IL 60680-1087

Rutherford County Gen Sessions Ct Clerk
Attn: #317544
116 West Lytle Street, Room 106
Murfreesboro TN 37130-3600

Speedy/Rapid Cash
P.O. Box 780408
Wichita KS 67278-0408

Spring Hill Dermatology
c/o Frost Arnett
PO Box 198988
Nashville TN 37219-8988

Spring Oaks Capital SPV, LLC
PO BOX 1216
Chesapeake, VA 23327-1216

(p)SPRING OAKS CAPITAL  LLC
1400 CROSSWAYS BLVD STE 100B
CHESAPEAKE VA 23320-0207

St. Thomas Rutherford
1700 Medical Center Pkwy
Murfreesboro TN 37129-2245

State of Tennessee
DHS Child Support
James K. Polk Bldg, 16th Floor
505 Deaderick Street
Nashville, TN 37243-1402

Stenger & Stenger
2618 East Paris Av SE
Grand Rapids MI 49546-2458

Stonecrest Family Physicians
3 Maryland Farms Ste 250
Nashville TN 37207

Stonecrest Medical Center
PO Box 290429
Nashville TN 37229-0429

Stonecrest Medical Center
Resurgent Capital Services
PO Box 1927
Greenville, SC 29602-1927

Tennessee Quick Cash, HQ
5302 Mt. View Rd
Antioch TN 37013-7317

Tennessee Quick Cash,Inc.
6326 Charlotte Pike
Nashville,TN 37209-2927

Velocity Investments, Llc
Attn: Bankruptcy
1800 Route 34n, Suite 305
Wall NJ 07719-9146

Catherine Lynn Hunt
2537 Salem Creek Rd
Murfreesboro, TN 37128-5560

HENRY EDWARD HILDEBRAND III
OFFICE OF THE CHAPTER 13 TRUSTEE
PO BOX 340019
NASHVILLE, TN 37203-0019

JENNIFER L. JOHNSON
Long, Burnett & Johnson, PLLC
302 42nd Avenue North
NASHVILLE, TN 37209-3602

JON DANIEL LONG
Long, Burnett, & Johnson, PLLC
302 42nd Ave. No.
NASHVILLE, TN 37209-3602

RAY THOMAS HUNT
2537 Salem Creek Rd
Murfreesboro, TN 37128-5560

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified
by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

| | | |
|---|---|---|
| Atlas Acquisitions LLC<br>492C Cedar Lane, Ste 442<br>Teaneck, NJ 07666 | Americredit Financial Services, Inc.<br>Dba GM Financial<br>P O Box 183853<br>Arlington, TX 76096 | Applied Bank<br>4700 Exchange Court<br>Boca Raton FL 33431 |
| (d)Atlas Acquisitions LLC<br>210 River Street, Ste 23<br>Hackensack NJ 07601 | (d)Atlas Acquisitions LLC<br>on behalf of UHG I LLC<br>492C Cedar Lane, Ste 442<br>Teaneck, NJ 07666 | Barry J. Gammons Esq<br>PO Box 330610<br>Nashville TN 37203-7102 |
| Continental Finance Company<br>Attn: Bankruptcy<br>Po Box 3220<br>Buffalo NY 14240 | Frost Arnett<br>PO Box 198988<br>Nashville TN 37219 | Laboratory Corporation of America<br>PO Box 2240<br>Burlington NC 27216-2240 |
| Mission Lane LLC<br>Attn: Bankruptcy<br>Po Box 105286<br>Atlanta GA 30348 | Portfolio Recovery Associates, LLC<br>Attn: Bankruptcy<br>120 Corporate Boulevard<br>Norfolk VA 23502 | (d)Portfolio Recovery Associates, LLC<br>POB 12914<br>Norfolk, VA 23541 |
| Spring Oaks Capital, Llc<br>Attn: Bankruptcy<br>P.O. Box 1216<br>Chesapeake VA 23327 | | |

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

| | | |
|---|---|---|
| (d)Americredit Financial Services, Inc. Dba G<br>P.O. Box 183853<br>Arlington, TX 76096-3853 | (d)PRA Receivables Management, LLC<br>PO Box 41021<br>Norfolk, VA 23541-1021 | End of Label Matrix<br>Mailable recipients    86<br>Bypassed recipients     2<br>Total                  88 |